Michael J. Sexton CA Bar No. 153435
michael.sexton@ogletreedeakins.com
James T. Conley CA Bar No. 224174
james.conley@ogletreedeakins.com
Patricia A. Matias CA Bar No. 254125
patricia.matias@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714.800.7900
Facsimile:   714.754.1298

Nicholas J. Scardigli CA Bar No. 249947
nscardigli@mayallaw.com
Robert J. Wasserman CA Bar No. 258538
rwasserman@mayallaw.com
MAYALL HURLEY P.C.
2453 Grand Canal Blvd.
Stockton, CA 95207
Telephone:  209.477.3833
Facsimile:   559.277.7350

Attorneys for Defendant HOME DEPOT U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH CEPELLO,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC. and DOES 1-100, inclusive,<br><br>        Defendant. | Case No.  5:12-cv-00093-HRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE** |

Pursuant to Civil Local Rules 6-2, 7-12, AND ADR Local Rule 6-5, Defendant Home Depot U.S.A., Inc. ("Defendant") and Plaintiff Kenneth Cepello ("Plaintiff") (collectively the "Parties") submit the following stipulation for an extension of time to complete mediation in this action. Good cause exists to extend the deadline.

1. On July 11, 2012, the Court held an initial case management conference and ordered that the Parties complete private mediation by October 19, 2012 (100 days from the initial case management conference). The Court also set a November 4, 2013 trial date.

2. The Parties agree that conducting depositions and written discovery prior to participating in mediation would be beneficial to both Parties and is necessary for an effective mediation.

3. The Parties have noticed depositions and propounded written discovery but will be unable to complete discovery by October 19, 2012.

4. The Parties agree that good cause exists to modify the Case Management Order to continue the mediation completion date from October 19, 2012 to March 1, 2013. Continuing the mediation deadline would not impact the schedule for this case or any other deadlines.

**NOW, THEREFORE,** the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE AND REQUEST** that the Court extend the mediation deadline as follows:

///
///
///
///
///
///

Cepello v. Home Depot - Stipulation

1

Case No. 5:12-cv-00093-HRL

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE

The deadline to complete mediation shall be continued to March 1, 2013.

**IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

DATED: October 11, 2012

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Michael J. Sexton
James T. Conley
Patricia A. Matias

Attorneys for Defendant HOME DEPOT U.S.A., INC.

*Pursuant to General Order 45, §X.B, the filer of this document attests that he/she has received the concurrence of this signatory to file this document.*

DATED: October 11, 2012

MAYALL HURLEY P.C.

By: _____
Nicholas J. Scardigli
Robert J. Wasserman

Attorneys for Plaintiff KENNETH CEPELLO

**PURSUANT TO STIPULATION, IT IS SO ORDERED that:**

The deadline to complete mediation shall be continued to March 1, 2013.

Dated: October 12, 2012

_____
Lucy H. Koh
Judge of the U.S. District Court

13215229.1 (OGLETREE)