UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH CEPELLO,<br><br>              Plaintiff,<br>   v.<br><br>HOME DEPOT U.S.A., INC., and DOES 1-100, inclusive,<br><br>              Defendants. | Case No.: 12-CV-00093-LHK<br><br>ORDER RE: SCHEDULING DATES |

The Court appreciates the parties' efforts to resolve the case. Unfortunately, because of the Court's impacted law and motion and trial calendars, the Court cannot move the dates for the hearing on dispositive motions, the pretrial conference, and the trial. However, the Court will extend the deadline for fact discovery to August 1, 2013, as requested by the parties. The Court will also move the expert discovery cutoff to September 23, 2013. The Court's Standing Order requires that the parties meet and confer about pretrial matters 21 days before the pretrial conference, which would be September 25, 2013 in this case. The Court will not extend expert discovery beyond this date.

    By May 13, 2013, the parties shall file a stipulation as to the due dates for opening and rebuttal expert reports as well as state the date of their settlement conference with Magistrate Judge Lloyd.

**IT IS SO ORDERED.**

Dated: May 13, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00093-LHK
ORDER RE: SCHEDULING DATES