1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KENNETH CEPELLO, | Case No. CV 12-00093 |
| --- | --- |
| Plaintiff, | [~~PROPOSED~~] ORDER REGARDING SCHEDULING |
| v. | |
| HOME DEPOT U.S.A., INC. and DOES 1-100, inclusive, | |
| Defendant. | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT THE FOLLOWING SCHEDULE BE ENTERED IN THIS MATTER:**

Mandatory Settlement Conference:  June 28, 2013.

Opening Reports: September 3, 2013

Rebuttal Reports:  September 17, 2013

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   May 14   , 2013

*Lucy H. Koh*
THE HON. LUCY H. KOH
JUDGE OF THE UNITED STATES DISTRICT COURT

15010091.1