UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CEPELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC. and DOES 1-100, inclusive,<br><br>    Defendant. | Case No. CV 12-00093<br><br>[~~PROPOSED~~] ORDER REGARDING SCHEDULING |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT THE FOLLOWING SCHEDULE BE ENTERED IN THIS MATTER:**

Mandatory Settlement Conference:  June 28, 2013.

Opening Reports: September 3, 2013

Rebuttal Reports:  September 17, 2013

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  May 14    , 2013

*/s/ Lucy H. Koh*
THE HON. LUCY H. KOH
JUDGE OF THE UNITED STATES DISTRICT COURT

15010091.1